IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3022 |
| vs. | |
| RICHARD SUKOVATY, | ORDER |
| Defendant. | |

Defendant has moved to continue the trial, (Filing No. 24), because Defendant and his counsel need additional time to review discovery and prepare for trial. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 24), is granted.

2) A telephonic conference with the undersigned magistrate judge will be held on August 7, 2019 at 11:00 a.m. to discuss the status of case preparation and the trial date. Counsel shall use the conferencing instructions assigned to this case to participate in the call.

3) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and August 7, 2019, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

June 26, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge